UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CITY OF NEW ORLEANS, NEW ORLEANS MUNICIPAL EMPLOYEES RETIREMENT SYSTEM and NEW ORLEANS AVIATION BOARD,<br><br>*Plaintiffs*,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>*Defendants*. | Docket No. 3:21-cv-00147-SDD |

## NOTICE OF SETTLEMENT

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiffs, City of New Orleans, New Orleans Municipal Employees Retirement System, and New Orleans Aviation Board, and the entities that appear to have been named as defendants, Bank of America Corporation, Merrill Lynch, Pierce, Fenner & Smith Inc., Barclays Bank PLC, Barclays Capital Inc., BMO Capital Markets Corp., BNP Paribas Securities Corp., Cantor Fitzgerald & Co., Citigroup Global Markets Inc., Credit Suisse AG, Credit Suisse Securities (USA) LLC, HSBC Securities (USA) Inc., Jefferies Group LLC, JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC, Mizuho Securities USA LLC, Morgan Stanley & Co. LLC, Nomura Securities International Inc., Raymond James & Associates, Inc., SG Americas Securities, LLC, Stifel Nicolaus & Co., Inc., TD Securities (USA) LLC, UBS Securities LLC, Wells Fargo & Co., and Wells Fargo Securities, LLC, have reached an agreement in principle to settle this matter.

Plaintiffs hereby pray that this Court issue an order dismissing this matter without prejudice to the right, upon good cause shown, within thirty (30) days, to reopen the action if (1) the settlement is not consummated and (2) the action is not otherwise dismissed with prejudice. After the settlement agreement is executed, Plaintiffs will file a stipulation of dismissal with prejudice.

Respectfully submitted:

| | |
|---|---|
| __s/Alejandro R. Perkins_____ | __s/Karl Connor_____ |
| Alejandro R. Perkins (La. Bar No. 30288) | Karl Connor (La. Bar No. 23454) |
| HAMMONDS, SILLS, ADKINS & GUICE | THE CONNOR GROUP |
| 2431 South Acadian Thruway, Suite 600 | 2218 Napoleon Avenue |
| Baton Rouge, LA 70808 | New Orleans, LA 70115 |
| Telephone: (225) 923-3462 | Telephone: (504) 521-6938 |
| Facsimile: (225) 923-0315 | Facsimile: (504) 342-2585 |
| aperkins@hamsil.com | karl.connor@smartcounsel.net |

***Attorneys for Plaintiffs City of New Orleans, New Orleans Municipal Employees Retirement System, and New Orleans Aviation Board***

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 21, 2021, I electronically filed the Notice of Settlement document through the CM/ECF system, which will send a notice of electronic filing to all parties through their attorney of record on file with the court.

                                 _s/Alejandro R. Perkins_
                                 Alejandro R. Perkins