## UNITED STATES DISTRICT COURT

## FOR THE

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CITY OF NEW ORLEANS, NEW ORLEANS MUNICIPAL EMPLOYEES RETIREMENT SYSTEM and NEW ORLEANS AVIATION BOARD,<br><br>*Plaintiffs*,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>*Defendants*. | Docket No. 3:21-cv-00147-SDD |

### CONSENT MOTION TO AMEND THE COURT'S APRIL 21, 2021 ORDER

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

On April 21, 2021, the Court entered an order dismissing this action, without prejudice to the right, upon good cause shown, to reopen the action within 30 days if (1) the settlement is not consummated and (2) the action is not otherwise dismissed with prejudice (the "Order") (ECF No. 99). The parties are continuing to work diligently to finalize the documentation of their settlement. Accordingly, Plaintiffs pray that the Court amend the Order to provide that this action is dismissed, without prejudice to the right, upon good cause shown, to reopen the action by June 7, 2021 if (1) the settlement is not consummated and (2) the action is not otherwise dismissed with prejudice. Defendants do not object to this request.

Respectfully submitted:

_/s/Alejandro R. Perkins_____      _/s/Karl Connor_____
Alejandro R. Perkins (La. Bar No. 30288)     Karl Connor (La. Bar No. 23454)
HAMMONDS, SILLS, ADKINS & GUICE     THE CONNOR GROUP
2431 South Acadian Thruway, Suite 600     2218 Napoleon Avenue
Baton Rouge, LA 70808     New Orleans, LA 70115
Telephone: (225) 923-3462     Telephone: (504) 521-6938
Facsimile: (225) 923-0315     Facsimile: (504) 342-2585
aperkins@hamsil.com     karl.connor@smartcounsel.net

***Attorneys for Plaintiffs City of New Orleans, New Orleans Municipal Employees Retirement System, and New Orleans Aviation Board***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 24, 2021, I electronically filed the Consent Motion to Amend the Court's April 21, 2021 Order document through the CM/ECF system, which will send a notice of electronic filing to all parties through their attorney of record on file with the court.

                        */s/Curtis D. Johnson, Jr.*
                        Curtis D. Johnson, Jr.

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CITY OF NEW ORLEANS, NEW ORLEANS MUNICIPAL EMPLOYEES RETIREMENT SYSTEM and NEW ORLEANS AVIATION BOARD,<br><br>*Plaintiffs*,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>*Defendants*. | Docket No. 3:21-cv-00147-SDD |

**[PROPOSED] ORDER**

Considering Plaintiffs' Consent Motion to Amend the Court's April 21, 2021 Order (ECF No. __):

IT IS ORDERED that this motion is GRANTED and that the Court's April 21, 2021 order is amended to provide that this action is DISMISSED, without prejudice to the right, upon good cause shown, to reopen the action by June 7, 2021 if (1) the settlement is not consummated and (2) the action is not otherwise dismissed with prejudice.

_____
HON. SHELLY D. DICK
UNITED STATES DISTRICT JUDGE