# UNITED STATES DISTRICT COURT

## FOR THE

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CITY OF NEW ORLEANS, NEW ORLEANS MUNICIPAL EMPLOYEES RETIREMENT SYSTEM and NEW ORLEANS AVIATION BOARD,<br><br>*Plaintiffs*,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>*Defendants*. | Docket No. 3:21-cv-00147-SDD |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, City of New Orleans, New Orleans Municipal Employees Retirement System, and New Orleans Aviation Board, and the entities that appear to have been named as defendants, Bank of America Corporation, Merrill Lynch, Pierce, Fenner & Smith Inc., Barclays Bank PLC, Barclays Capital Inc., BMO Capital Markets Corp. (incorrectly named as BMO Capital Markets Inc.), BNP Paribas Securities Corp., Cantor Fitzgerald & Co., Citigroup Global Markets Inc., Credit Suisse AG, Credit Suisse Securities (USA) LLC, HSBC Securities (USA) Inc., Jefferies Group LLC, JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC, Mizuho Securities USA LLC, Morgan Stanley & Co. LLC, Nomura Securities International Inc., Raymond James & Associates, Inc., SG Americas Securities, LLC, Stifel Nicolaus & Co., Inc., TD Securities (USA) LLC (incorrectly named as TD Securities, LLC), UBS Securities LLC, Wells Fargo & Co., and Wells Fargo Securities, LLC, hereby stipulate, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), to the dismissal with prejudice of all claims asserted in the above-captioned

action, to the extent not already dismissed with prejudice, with each party to bear its own

attorneys' fees and legal costs.  While this stipulation of dismissal is effective under Rule

41(a)(1)(A)(ii) without order of the Court, in the event the Court prefers to enter an order of

dismissal with prejudice, the parties submit an attached proposed order accordingly.


Respectfully submitted:


_/s/Alejandro R. Perkins_____          __/s/Karl Connor_____
Alejandro R. Perkins (La. Bar No. 30288)          Karl Connor (La. Bar No. 23454)
HAMMONDS, SILLS, ADKINS & GUICE          THE CONNOR GROUP
2431 South Acadian Thruway, Suite 600          2218 Napoleon Avenue
Baton Rouge, LA 70808          New Orleans, LA 70115
Telephone: (225) 923-3462          Telephone: (504) 521-6938
Facsimile: (225) 923-0315          Facsimile: (504) 342-2585
aperkins@hamsil.com          karl.connor@smartcounsel.net


**Attorneys for Plaintiffs City of New Orleans,
New Orleans Municipal Employees Retirement
System, and New Orleans Aviation Board**

*/s/ Michael D. Ferachi*
John E. Schmidtlein
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone:  (202) 434-5901
Facsimile:  (202) 434-5029
JSchmidtlein@wc.com

Michael D. Ferachi (Bar Roll No. 19566)
Zelma M. Frederick (Bar Roll No. 31459)
McGLINCHEY STAFFORD, PLLC
301 Main Street, 14th Floor
Baton Rouge, LA 70801
Telephone: (225) 383-9000
Facsimile: (225) 343-3076
mferachi@mcglinchey.com
zfrederick@mcglinchey.com

***Attorneys for Bank of America Corporation
and Merrill Lynch, Pierce, Fenner & Smith
Inc.***

*/s/ David L. Patron*
Richard D. Owens
Lawrence E. Buterman
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
richard.owens@lw.com
lawrence.buterman@lw.com

David L. Patron (La. Bar #22566)
R. Harrison Golden (La. Bar #38468)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
patrond@phelps.com
harris.golden@phelps.com

***Attorneys for Barclays Bank PLC and
Barclays Capital Inc.***

/s/ Mark A. Cunningham
Adam S. Hakki
Agnès Dunogué
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone:  (212) 848-4000
Facsimile: (646) 848-7179
adam.hakki@shearman.com
agnes.dunogue@shearman.com

Mark A. Cunningham (24063)
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170-5100
Telephone:  (504) 582-8000
Facsimile:  (504) 582-8583
mcunningham@joneswalker.com

**Attorneys for BNP Paribas Securities Corp.**


/s/ Michael A. Balascio
Robert Houck
John Friel
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone:  (212) 878-3224
robert.houck@cliffordchance.com
john.friel@cliffordchance.com

Michael A. Balascio (LA Bar No. 33715)
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
mbalascio@barrassousdin.com

**Attorneys for BMO Capital Markets Corp.
(incorrectly named as BMO Capital Markets
Inc.)**

/s/ Richard C. Stanley
David Lesser
WILMERHALE
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888
david.lesser@wilmerhale.com

Richard C. Stanley, 8487
Kathryn W. Munson, 35933
STANLEY, REUTER, ROSS,
THORNTON & ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone:     (504) 523-1580
Facsimile:     (504) 524-0069
rcs@stanleyreuter.com
kwm@stanleyreuter.com

**Attorneys for Cantor Fitzgerald & Co.**

4

*/s/ Mark R. Beebe*
Lev L. Dassin
Andrew Weaver
Lucas Hakkenberg
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
ldassin@cgsh.com
aweaver@cgsh.com
lhakkenberg@cgsh.com

Mark R. Beebe (LA Bar # 19478)
Jennifer C. Bergeron (LA Bar #37584)
ADAMS & REESE LLP
701 Poydras St., Suite 4500
New Orleans, LA 70139
Telephone:  (504) 581-3234
mark.beebe@arlaw.com
jennifer.bergeron@arlaw.com

**Attorneys for Citigroup Global Markets Inc.**

*/s/ Thomas E. Schwab*
David G. Januszewski
Herbert S. Washer
Jonathan D. Thier
Peter J. Linken
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, New York 10005
Telephone:  (212) 701-3000
djanuszewski@cahill.com
hwasher@cahill.com
jthier@cahill.com
plinken@cahill.com

Thomas E. Schwab (Bar No. 2099)
LAW OFFICES OF THOMAS E. SCHWAB
11 Glacier Court
New Orleans, LA 70131
Telephone: (504) 595-3370
tschwab@tschwabesq.com

**Attorneys for Credit Suisse AG and Credit Suisse Securities (USA) LLC**

<u>/s/ Harry Joseph Philips, Jr.</u>
Daniel L. Stein
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
Telephone:  (212) 506-2500
Facsimile:  (212) 262-1910
dstein@mayerbrown.com

Britt M. Miller
Andrew S. Marovitz
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 782-0600
Facsimile:  (312) 701-7711
amarovitz@mayerbrown.com
bmiller@mayerbrown.com

Harry Joseph Philips, Jr. (02047)
TAYLOR, PORTER, BROOKS &
   PHILLIPS
P. O. Box 2471
Baton Rouge, LA  70821
Telephone:  (225) 387-3221
Facsimile:  (225) 346-8049
skip.philips@taylorporter.com

***Attorneys for HSBC Securities (USA) Inc.***

<u>/s/ Winstol D. Carter</u>
Jon R. Roellke
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone:  (202) 739-3000
jon.roellke@morganlewis.com

Kenneth I. Schacter
Jawad Muaddi
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY 10178-0060
Telephone:  (212) 309-6000
kenneth.schacter@morganlewis.com
jawad.muaddi@morganlewis.com

Winstol D. Carter
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana St., Suite 4000
Houston, TX 77002-5006
Telephone:  (713) 890-5000
winn.carter@morganlewis.com

***Attorneys for Jefferies Group LLC***

/s/ John W. Hite III
Boris Bershteyn
Lara A. Flath
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com

Gretchen M. Wolf
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
gretchen.wolf@skadden.com

John W. Hite III (17611)
James G. Albertine III (32053)
SALLEY, HITE, MERCER & RESOR LLC
One Canal Place
365 Canal Street, Suite 1710
New Orleans, LA 70130
Telephone: (504) 566-8800
Facsimile: (504) 566-8828
jhite@shmrlaw.com

**Attorneys for JPMorgan Chase Bank, N.A.
and J.P. Morgan Securities LLC**

/s/ James A. Brown
Stacey Anne Mahoney
Linda Cenedella
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
stacey.mahoney@morganlewis.com
linda.cenedella @morganlewis.com

James A. Brown, T.A. (La. Bar #14101)
A'Dair R. Flynt (La. Bar #37120)
LISKOW & LEWIS, PLC
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
jabrown@liskow.com
aflynt@liskow.com

**Attorneys for Mizuho Securities USA LLC**

*/s/ Harry Joseph Philips, Jr.*
Richard A. Rosen
Susanna Michele Buergel
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 373-2384
rrosen@paulweiss.com
sbuergel@paulweiss.com

Jane Baek O'Brien
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON, LLP
2001 K Street, N.W.
Washington, DC 20006
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
jobrien@paulweiss.com

Harry Joseph Philips, Jr. (02047)
TAYLOR, PORTER, BROOKS &
    PHILLIPS
P. O. Box 2471
Baton Rouge, LA  70821
Telephone:  (225) 387-3221
Facsimile:  (225) 346-8049
skip.philips@taylorporter.com

***Attorneys for Morgan Stanley & Co. LLC***

*/s/ Harry Joseph Philips, Jr.*
Brian J. Fischer
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022-3908
Telephone:  (212) 891-1629
Facsimile:  (212) 891-1699
bfischer@jenner.com

Matthew S. Hellman
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001-4412
Telephone:  (202) 639-6861
Facsimile:  (202) 661-4983
mhellman@jenner.com

Harry Joseph Philips, Jr. (02047)
TAYLOR, PORTER, BROOKS &
    PHILLIPS
P. O. Box 2471
Baton Rouge, LA  70821
Telephone:  (225) 387-3221
Facsimile:  (225) 346-8049
skip.philips@taylorporter.com

***Attorneys for Nomura Securities
International, Inc.***

_/s/ James R. Chastain, Jr._
James R. Chastain, Jr.
Zoe Vermeulen
Thomas D. Bourgeois, Jr.
KEAN MILLER LLP
400 Convention Street, Suite 700
P.O. Box 3513 (70821-3513)
Baton Rouge, LA 70802
Telephone:  (225) 387-0999
sonny.chastain@keanmiller.com
zoe.vermeulen@keanmiller.com
beau.bourgeois@keanmiller.com

**_Attorneys for Raymond James & Associates, Inc._**

_/s/ Harry Joseph Philips, Jr._
George S. Canellos
Sean M. Murphy
Fiona A. Schaeffer
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone:  (212) 530-5000
gcanellos@milbank.com
smurphy@milbank.com
fschaeffer@milbank.com

Harry Joseph Philips, Jr. (02047)
TAYLOR, PORTER, BROOKS &
    PHILLIPS
P. O. Box 2471
Baton Rouge, LA  70821
Telephone:  (225) 387-3221
Facsimile:  (225) 346-8049
skip.philips@taylorporter.com

**_Attorneys for SG Americas Securities LLC_**

/s/ George C. Freeman
Robert A. Sacks
Natalie A. Muscatello
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
Telephone:  (310) 712-6600
Facsimile:  (310) 712-8800
sacksr@sullcrom.com
muscatellon@sullcrom.com

George C. Freeman (14272)
Robert J. Dressel (LA Bar No. 35757)
Chloé M. Chetta (LA Bar No. 37070)
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700
Facsimile:  (504) 589-9701
gfreeman@barrassousdin.com
rdressel@barrassousdin.com
cchetta@barrassousdin.com

**Attorneys for Stifel, Nicolaus & Co., Inc.**

/s/ Mark A. Cunningham
Paul S. Mishkin
Robert G. King
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  (212) 450-4000
Facsimile:  (212) 701-5800
paul.mishkin@davispolk.com
rob.king@davispolk.com

Mark A. Cunningham (24063)
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170-5100
Telephone:  (504) 582-8000
Facsimile:  (504) 582-8583
mcunningham@joneswalker.com

**Attorneys for TD Securities (USA) LLC**
**(incorrectly named as TD Securities, LLC)**

/s/ George C. Freeman
Jefferson E. Bell
Alison L. Wollin
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035
jbell@gibsondunn.com
awollin@gibsondunn.com

George C. Freeman (14272)
Robert J. Dressel (LA Bar No. 35757)
Chloé M. Chetta (LA Bar No. 37070)
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700
Facsimile:  (504) 589-9701
gfreeman@barrassousdin.com
rdressel@barrassousdin.com
cchetta@barrassousdin.com

**Attorneys for UBS Securities LLC**

<u>*/s/ Nancy Scott Degan*</u>
Jonathan Rosenberg
O'MELVENY & MEYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061
jrosenberg@omm.com

Ian Simmons
Katrina Robson
O'MELVENY & MEYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414
isimmons@omm.com
krobson@omm.com

Nancy Scott Degan (01819)
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170
Telephone:  (504) 566-5249
Facsimile:  (504) 636-4000
ndegan@bakerdonelson.com

**Attorneys for Wells Fargo Securities, LLC
and Wells Fargo & Co.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2021, I electronically filed the Notice of Settlement document through the CM/ECF system, which will send a notice of electronic filing to all parties through their attorney of record on file with the court.

_/s/Alejandro R. Perkins_____
ALENJANDRO R. PERKINS

# UNITED STATES DISTRICT COURT

## FOR THE

## MIDDLE DISTRICT OF LOUISIANA

CITY OF NEW ORLEANS, NEW
ORLEANS MUNICIPAL EMPLOYEES
RETIREMENT SYSTEM and NEW
ORLEANS AVIATION BOARD,

      *Plaintiffs*,

  v.

BANK OF AMERICA CORPORATION, et
al.,

      *Defendants*.

Docket No. 3:21-cv-00147-SDD

## [PROPOSED] ORDER

  Considering the foregoing Stipulation of Dismissal with Prejudice pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. No. __):

  IT IS ORDERED that, to the extent claims asserted in this action have not already been

dismissed with prejudice, this action is DISMISSED <u>in its entirety</u> with prejudice, with each

party to bear its own attorneys' fees and legal costs incurred in the action.

        _____
         HON. SHELLY D. DICK
        UNITED STATES DISTRICT JUDGE