UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CITY OF NEW ORLEANS, NEW ORLEANS MUNICIPAL EMPLOYEES RETIREMENT SYSTEM and NEW ORLEANS AVIATION BOARD,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>     *Defendants*. | Docket No. 3:21-cv-00147-SDD |

### [~~PROPOSED~~] ORDER

Considering the foregoing Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. No. 102):

IT IS ORDERED that, to the extent claims asserted in this action have not already been dismissed with prejudice, this action is DISMISSED <u>in its entirety</u> with prejudice, with each party to bear its own attorneys' fees and legal costs incurred in the action.

Baton Rouge, Louisiana the 9th day of June, 2021.

              _____
                HON. SHELLY D. DICK
              UNITED STATES DISTRICT JUDGE